UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable John F. Robbenhaar
United States Magistrate Judge

Clerk's Minutes

21cv1204 MIS/JFR

*White v. Padilla et al.*

Tuesday, February 20, 2024, at 2:30 p.m.

**Plaintiff's Attorneys Present:**   Brittany J. Schaffer
Leon F. Howard III

**Defendants' Attorney Present:**   Mark Komer
Kristina R. Rood

**TYPE OF PROCEEDING:**   Status Conference
Total Time – 8 minutes

**COURT'S NOTES/RULINGS:**

- The Court held a status conference to check-in with the parties regarding discovery and case management deadlines following the resolution of outstanding dispositive motions.

- Mr. Howard raised the issue of an interlocutory appeal with respect to the individual Defendants. Mr. Komer stated that there has not been a decision made as to that issue.

- The Court inquired of the parties their desire to conclude today's hearing and move forward with a scheduling conference once the deadline to file an interlocutory appeal has run.

- After hearing from the parties, the Court adjourned the status conference. The Court will set a scheduling conference once the deadline to file an interlocutory appeal has run.