IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLIFTON WHITE,

    Plaintiff,

v.

                                                Case No. 1:21-cv-01204-MIS-JFR

LISA PADILLA, CATHY CATANACH,
ELIJAH LANGSTON, ALISHA TAFOYA
LUCERO, JOE LYTLE, MELISSA ORTIZ,
JUDITH ANDERSON, ANTHONY ROMERO,
GERMAN FRANCO, JANE AND JOHN DOES (1-10),
and CORECIVIC, INC.,

    Defendants.

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Tenth Circuit. See ECF No. 121.

On August 1, 2023, Defendants Padilla, Catanach, Langston, Tafoya Lucero, Lytle, Ortiz, Anderson, Romero, and Franco filed a Motion to Dismiss the Third Amended Complaint on qualified immunity grounds ("Motion"). ECF No. 68. On February 9, 2024, the Court issued an Order granting the Motion as to Defendants Padilla, Catanach, Langston, Franco, Romero, and Anderson, but denying the motion as to Defendants Tafoya Lucero, Lytle, and Ortiz ("Order"). ECF No. 82 at 27. Defendants Tafoya Lucero, Lytle, and Ortiz appealed, see ECF No. 85, and on April 28, 2025, the Tenth Circuit issued an opinion reversing the Court's Order, finding that Defendants Tafoya Lucero, Lytle, and Ortiz are entitled to qualified immunity. White v. Lucero, 135 F.4th 1213, 1224 (10th Cir. 2025). The mandate issued May 20, 2025. ECF No. 121. The only other Defendant specifically named in the Third Amended Complaint, CoreCivic, Inc., was dismissed from this action on August 22, 2024. See ECF No. 109.

Accordingly, it is **HEREBY ORDERED** that this action is **DISMISSED with prejudice**[1] and this case is now **CLOSED**.

*(signature: Margaret Strickland)*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

---

[1] See Clark v. Wilson, 625 F.3d 686, 692 (10th Cir. 2010) (reversing district court's denial of qualified immunity on procedural due process claim and remanding with instructions to dismiss the claim "with prejudice").