IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLIFTON WHITE,

    Plaintiff,

v.

                                Case No. 1:21-cv-01204-MIS-JFR

LISA PADILLA, CATHY CATANACH,
ELIJAH LANGSTON, ALISHA TAFOYA
LUCERO, JOE LYTLE, MELISSA ORTIZ,
JUDITH ANDERSON, ANTHONY ROMERO,
GERMAN FRANCO, JANE AND JOHN DOES (1-10),
and CORECIVIC, INC.,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Dismissing Case entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE